

# NUMBER 13-21-00061-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

GABRIEL MIRANDA JR., DECEASED,
MARIA FUENTES, GABRIEL MIRANDA SR.,
ALEXANDRA SUZANNE DELEON, REUBEN
ANTONIO DELEON III, AND JON HIDALGO DOE,                Appellants,

v.

NORMA JEAN FARLEY,                                              Appellee.

On appeal from the 398th District Court
of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Longoria**
**Memorandum Opinion by Chief Justice Contreras**

We handed down our opinion and judgment in this appeal on January 6, 2022. On January 13, 2023, the Texas Supreme Court granted appellee's petition for review without regard to the merits, vacated our January 6, 2022 judgment, and remanded the cause to

this Court "for consideration of the parties' request that the court withdraw its opinion and to dismiss the appeal and underlying lawsuit in accordance with the parties' settlement agreement." The parties have now filed a "Joint Motion to Withdraw Court's January 6, 2022, Opinion and Dismiss the Appeal With Prejudice, Pursuant to the Parties' Agreement."

Having reviewed the joint motion, we find that it has merit and should be granted. Accordingly, the motion is granted. We hereby withdraw our opinion dated January 6, 2022, and we substitute this memorandum opinion in its place. *See* TEX. R. APP. P. 42.1(c). To effectuate the parties' settlement agreement, we hereby dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2)(A),[1] 43.2(f). In accordance with the parties' agreement, each party will bear its own costs. *Cf.* TEX. R. APP. P. 42.1(d).

DORI CONTRERAS
Chief Justice

Delivered and filed on the
16th day of March, 2023.

---

[1] The settlement agreement has not been filed with the clerk of this Court. *See* TEX. R. APP. P. 42.1(a)(2)(A) ("In accordance with an agreement signed by the parties or their attorneys and filed with the clerk, the court may . . . render judgment effectuating the parties' agreement."). However, the agreement is described in the parties' joint motion. Accordingly, in order to expedite the resolution of the case, we suspend Rule 42.1(a)(2)(A) insofar as it requires the agreement to be filed with the clerk, and we proceed to render judgment. *See* TEX. R. APP. P. 2.